**MATTHEW C. ELLIS, OSB No. 075800**
matthew@employmentlawpdx.com
621 SW Morrison St Ste 1050
Portland OR  97205
Telephone: 503/226-0072

**STEPHEN L. BRISCHETTO, OSB No. 781564**
slb@brischettolaw.com
621 SW Morrison St Ste 1025
Portland OR  97205
Telephone:  503 223-5814
Fax:  503 228-1317

Of Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **VICTOR LANCASTER**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF WEST LINN, *et al.*,** <br><br> Defendants. | **CASE NO. 3:15-cv-00561-PK** <br><br> **REPORT ON PARTIES FRCP 26 CONFERENCE** |

      1.      Pursuant to FRCP 26(f), plaintiff's counsel, Matthew C. Ellis and Stephen L.

Brischetto and defendants' counsel, Karen Vickers, held a Rule 26 Conference on June 3, 2015 to

discuss the contents of  this proposed discovery plan.

      2.      The parties jointly propose the following discovery plan:

      A.      Initial LR 26-7 Initial Disclosures due July 20, 2015;

      B.      Fact discovery and ADR Report to be completed no later than November

30, 2015.

**Report on Parties Rule 26 Conference - Page 1**

C. Dispositive motions, if any, shall be filed no later than December 30, 2015.

D. Expert disclosures as to liability and damages shall be made thirty (30) days after the Court's ruling on any dispositive motions, or thirty days after the dispositive deadline if no motion is filed.

E. Counter designations of experts to be completed twenty-one (21) days after expert disclosures.

3. <u>Consent to Magistrate:</u> The parties discussed whether to consent to magistrate and will endeavor to file their consent forms, if any, in the appropriate manner prior to the July 20, 2015 Rule 16 Conference with the Court.

DATED this 23rd day of June, 2015.

By____s/Matthew C. Ellis_____
**MATTHEW C. ELLIS**
OSB No. 075800
(503) 226-0072

Counsel for Plaintiff

**Report on Parties Rule 26 Conference - Page 2**